JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tulia Camacho,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-cv-01582-DAD<br><br>STIPULATION AND |PROPOSED| ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from November 19, 2021 to January 18, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the

three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater than usual number of merit briefs due in November and December 2021.  Thus, Counsel is requesting an extension through January 18, 2021 to accommodate the number of cases due.   For the week of November 15, 2021, Counsel has nine merit briefs due, one reply brief, and four settlement letters. In addition, Counsel also has ten administrative hearings before the Office of Hearings Operations. In December 2021, Counsel has over 13 merit briefs, several reply briefs and letter briefs, and several EAJA Motions. In additional, Counsel has received an increase in the number of AC denials which require a review for possible filing in US District Court.  Lastly, Counsel has end of the year business reviews to conduct as the CEO of Peña & Bromberg, PC.

  Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the months of November and December 2021.

  Compounding the issue of an increased number of merit briefs due, Counsel has preplanned vacation days for the Thanksgiving and Christmas holidays. Counsel respectfully requests the Court granted the requested extension.

  Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: October 21, 2021  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
  JONATHAN OMAR PENA
  Attorneys for Plaintiff

Dated: November 2, 2021  PHILLIP A. TALBERT
 Acting United States Attorney
 DEBORAH LEE STACHEL
 Regional Chief Counsel, Region IX
 Social Security Administration

 By: */s/ Caspar I. Chan
  Caspar I. Chan
  Special Assistant United States Attorney
  Attorneys for Defendant
  (*As authorized by email on November 2, 2021)

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to serve an Opening Brief is GRANTED. Plaintiff shall file and serve an Opening Brief on or before January 18, 2022. All other deadlines in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 9, 2021**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE