UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULIA CAMACHO,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:20-cv-01582-DAD-BAM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS, INCLUDING DISMISSAL, SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 21)<br><br>**FOURTEEN (14) DAY DEADLINE** |

On January 14, 2022, Plaintiff's counsel Jonathan Pena, Esq., filed a suggestion of death notifying the Court of Plaintiff's death. (Doc. No. 20.) On January 18, 2022, the Court ordered Plaintiff's counsel to file a substitution of the plaintiff within 90 days if the claim is not extinguished. (Doc. No. 21.) To date, the counsel has not filed either a substitution of plaintiff or dispositional documents to close the case.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

Accordingly, the Plaintiff's Counsel is HEREBY ORDERED to SHOW CAUSE why sanctions should not be imposed for failure to comply with the Court's order requiring counsel to notify the Court of a substitution of plaintiff. (Doc. No. 21.) Thus, Counsel shall file a written response to this order to show cause within **fourteen (14) days** of service of this order. Counsel may also comply with this order by filing the appropriate documents to dismiss this action.

///

**Failure to respond to this order to show cause may result in the imposition of sanctions on counsel or parties who contributed to the violation of this order, including a recommendation for the dismissal of this action.**

IT IS SO ORDERED.

Dated: __April 27, 2022__                    /s/ *Barbara A. McAuliffe*   _
                                            UNITED STATES MAGISTRATE JUDGE