UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULIA CAMACHO,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:20-cv-01582-DAD-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL TIME TO FILE SUBSTITUTION OR DISPOSITIONAL DOCUMENTS**<br><br>(Docs. 22, 24) |

      On January 18, 2022, following the filing of a suggestion of Death by Plaintiff's counsel informing the Court of Plaintiff's death, the Court ordered counsel to extinguish the claim or file a substitution of plaintiff within ninety (90) days. (Doc. 21.)  Counsel failed to file the appropriate documents as ordered by the Court. Accordingly, on April 27, 2022, the Court issued an order for counsel to show cause why sanctions should not be imposed for failing obey a court order. (Doc. 22.)

      On May 9, 2022, Counsel filed a response to the order to show cause. (Doc. 24.)  Counsel informed the Court that it was not his intent to neglect or delay prosecution of this matter. (*Id.*) Counsel also informed the Court that he was able to locate and serve Plaintiff's daughter, Kassandra Diaz. (*Id.*) Now Counsel requests the Court extend the time to dismiss this action to allow Ms. Diaz an opportunity to consider substituting in as a party. (*Id.*)

Having considered Counsel's statement, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Order to Show Cause issued on April 27, 2022 (Doc. 22) is discharged. No sanctions will be imposed at this time;
2. Counsel's request to continue the deadline to dispose of this action (Doc. 24) is granted;
3. Counsel shall file appropriate papers to conclude this action in its entirety or papers for substitution of Plaintiff no later than **June 17, 2022**; and
4. **Failure to comply with this order, this action will be dismissed for failure to prosecute and failure to obey a court order**.

IT IS SO ORDERED.

Dated:   **May 13, 2022**            /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE