UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULIA CAMACHO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 1:20-cv-01582-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. Nos. 20, 26) |

　　　　Plaintiff Tulia Camacho, now deceased, brought this action for review of a decision of the Commissioner of Social Security denying her application for Social Security Disability Insurance and Supplemental Security Income benefits. On January 14, 2022, plaintiff's counsel filed a notice of suggestion of death on the record. (Doc. No. 20.)

　　　　On July 28, 2022, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1). (Doc. No. 26.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) No objections were filed, and the time in which to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on July 28, 2022, (Doc. No. 26), are adopted in full;
2. This action is dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 30, 2022

UNITED STATES DISTRICT JUDGE